UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO LAMONT HARRIS,

　　　　　　　Plaintiff,

　　v.

OWEN KAYS-ERDMANN, et al.,

　　　　　　　Defendant.

CASE NO. 2:25-cv-02409-LK-BAT

**REPORT AND RECOMMENDATION**

On November 11, 2024, Plaintiff, a Washington Department of Corrections prisoner, filed a 42 U.S.C § 1983 complaint alleging that in 2024, Seattle Police Officer Owen Kays Erdman violated his rights. Because Plaintiff did not pay the filing fee or apply to proceed *in forma pauperis*, the Clerk sent him a letter directing him to pay the filing fee or submit an IFP application by December 31, 2025 or the case may be dismissed. Because Plaintiff has not responded in any way, the Court recommends **DISMISSING** the complaint without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore, Plaintiff should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

REPORT AND RECOMMENDATION - 1

Objections, however, may be filed **January 21, 2026.**  The Clerk shall note the matter for **January 22, 2026**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 7th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2