UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO LAMONT HARRIS,

                  Plaintiff,

      v.

OWEN KAYS-ERDMANN, et al.,

                  Defendants.

CASE NO. 2:25-cv-02409-LK

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING CASE

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Brian A. Tsuchida. Dkt. No. 5. Judge Tsuchida recommends that this Court dismiss this case without prejudice because Plaintiff did not pay the filing fee or apply for *in forma pauperis* ("IFP") status. *Id.* at 1. The Clerk sent Plaintiff a letter directing him to pay the filing fee or submit an IFP application by December 31, 2025 or the case may be dismissed. Dkt. No. 2. Plaintiff did not do so.

The Court generally reviews findings and recommendations "if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Because Plaintiff did not file any objections, the Court adopts Judge Tsuchida's R&R for the reasons

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE - 1

provided therein. Dkt. No. 5. The Court further notes that, after an independent assessment of the record, it agrees with Judge Tsuchida that dismissal is warranted.

The Court therefore ADOPTS the Report and Recommendation, Dkt. No. 5, and dismisses the case without prejudice. The Clerk shall provide a copy of this Order to Plaintiff.

Dated this 26th day of January, 2026.

Lauren King
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE - 2